14, and 15. As to the defense to the second counterclaim, paragraphs 1, 2, 3, and 4. The order appealed from should therefore be modified, so as to grant the motion for the bill of particulars, except in respect to the clauses hereinbefore enumerated, and, as so modified, affirmed, without costs.

---

In re UNIVERSAL DISCOUNT CO. (No. 6230.) (Supreme Court, Appellate Division, First Department. October 16, 1914.) Appeal from Special Term, New York County. In the matter of the application of the Universal Discount Company to compel an attorney to turn over certain moneys. From an order denying the motion, petitioner appeals. Modified and affirmed. Harry M. Marks, of New York City, for appellant.

PER CURIAM. The order appealed from is modified, by inserting a provision that the denial of the motion is without prejudice to the maintenance of the action by the Discount Company, and, as so modified, affirmed, without costs.

---

In re UTICA TRUST & SAFE DEPOSIT CO. (Supreme Court, Appellate Division, Fourth Department. October 21, 1914.) In the matter of the judicial settlement of the accounts of the Utica Trust & Safe Deposit Company, as administrator, with will annexed of Charlotte L. Hunt, deceased. No opinion. Decree affirmed, with costs to each of the parties appearing by separate attorneys, payable out of the estate.

---

VAN DER BENT, Respondent, v. GILLING, Appellant. (Supreme Court, Appellate Division, Third Department. September 23, 1914.) Action by Teunis J. Van Der Bent against Emily W. Gilling.

PER CURIAM. Judgment affirmed, with costs. See, also, 158 App. Div. 687, 143 N. Y. Supp. 1082.

KELLOGG, J., dissents.

---

VANDEVORT, Respondent, v. MINK, Appellant. (Supreme Court, Appellate Division, Fourth Department. September 23, 1914.) Action by Gilbert M. Vandevort, as administrator, etc., against Lincoln A. Mink. No opinion. Appeal dismissed, without costs, upon stipulation filed. See, also, 152 App. Div. 955, 137 N. Y. Supp. 1146.

---

VAN FRADENBURGH et al., Respondents, v. HOME MUT. FIRE INS. CO. OF BROOME COUNTY, N. Y., appellant. (Supreme Court, Appellate Division, Second Department. November 6, 1914.) Action by Edward Van Fradenburgh and another against the Home Mutual Fire Insurance Company of Broome County, N. Y. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs, on the authority of Snyder Co.

v. Smith, 124 App. Div. 412, 108 N. Y. Supp. 992, and Deutsch v. Upton Cold Storage Co., 146 App. Div. 588, 131 N. Y. Supp. 273.

---

VAN HORN, Respondent, v. AUBURN & S. ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 21, 1914.) Action by John H. Van Horn against the Auburn & Syracuse Electric Railroad Company. No opinion. Judgment and order affirmed, with costs.

---

VAN TUYL, Respondent, v. ALEXANDER, Appellant. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by George C. Van Tuyl, superintendent, etc., against Annie M. Alexander, as executrix. W. F. Allen, of New York City, for appellant. G. A. Blauvelt, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

VICK, Respondent, v. FEDERAL BISCUIT CO., Appellant. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by Edward C. Vick against the Federal Biscuit Company. Phelan Beale, of New York City, for appellant. J. M. Gardner, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

VICKERS, Respondent, v. MIDTOWN CONTRACTING CO., Inc., Appellant. (Supreme Court, Appellate Division, Second Department. October 30, 1914.) Action by Minnie R. Vickers, as administratrix, etc., of Berne Vickers, deceased, against the Midtown Contracting Company, Incorporated. No opinion. Judgment and order unanimously affirmed, with costs.

---

VIKBERG, Appellant, v. SANDSTROM, Respondent. (Supreme Court, Appellate Division, First Department. November 13, 1914.) Action by Paul B. Vikberg against Fred Sandstrom. R. Stout, of New York City, for appellant. J. A. Allen, of New York City, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

LAUGHLIN, J., dissents.

---

VOGEL, Respondent, v. WAIT, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 7, 1914.) Action by Edward Vogel, as trustee, etc., against Laura C. Wait. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs. Held, that the affidavits were insufficient to sustain the order of attachment.